# EXHIBIT 1

# MARK A. WARD LITIGATION HISTORY

## Case 1

Case: Ward v. WAVY-TV, 93cv897, filed in ED VA September 1993 alleging race discrimination under Title VII.

Disposition: Settled November 29, 1993.

## Case 2

Case: Ward v. WAVY-TV, 2:99cv461, filed in E.D. Va on April 1, 1999 – alleging breach of contract/Settlement Agreement (failure to provide references).

Disposition: Summary Judgment granted November 9, 1999.

### Post- Disposition Motion 1

Motion: Motion to Reopen filed on December 2, 1999.

Disposition: Motion denied January 18, 2000.

### Post-Disposition Motion 2

Motion: Motion to Vacate Judgment on April 27, 2002.

Disposition: Motion denied on May 28, 2002.

### Post- Disposition Motion 3

Motion: Defendant's Motion for Sanctions filed June 14, 2002.

Disposition: Motion granted in part, prefiling injunction entered on September 30, 2002.

### Post-Disposition Motion 4

Motion: Defendant's Motion to Show Cause filed April 16, 2003. Hearing held on June 17, 2003

Disposition: Order dated June 17, 2003 holding Ward in civil contempt, ordering that the United States Marshall take Ward into

custody, and ordering Ward to compensate Defendant for their losses.

Order dated September 12, 2003, following a hearing in which Ward participated with counsel, E.D.Va. entered judgment in favor of Defendant for $11,739.

## Case 3

Case: <u>Ward v. Angelo Munoz</u>, Law No. 00-751, filed in Portsmouth Circuit Court on May 18, 2000 – alleging fraud (false testimony)

Disposition: Demurrer sustained August 14, 2000.

## Case 4

Case: <u>Ward v. WAVY-TV</u>, 2:02cv199, filed in E.D. Va. on February 21, 2002 – alleging "Misrepresentation" (false testimony).

Disposition: Rule 41(a)(1)(i) voluntary dismissal April 26, 2002 (after Motion to Dismiss filed on April 23, 2002).

## Case 5

Case: <u>Ward v. Peter Maloney</u>, 1:02cv00467, filed in North Carolina State Court on May 13, 2002.
Removed to MDNC on June 12, 2002.

Motions: Dismissed on Defendant's Motion for Summary Judgment June 14, 2004.

Appeal: Summary Judgment Affirmed by the Fourth Circuit on November 9, 2004.

Appeal II: Judge Osteen's decision to not recuse himself sustained on October 15, 2007.

## Case 6

Case: <u>Ward v. WAVY-TV</u>, 1:02cv00833, filed in North Carolina State Court on August 26, 2002.
Removed to MDNC on September 27, 2002.

I-548001.1
06/14/2004

Disposition: Motion to Dismiss or for Summary Judgment granted on Feb. 25, 2003 for lack of jurisdiction.

## Case 7

Case: Ward v. Willcox & Savage, P.C., 1:03cv00161, filed in North Carolina State Court on January 21, 2003. Removed to MDNC.

Disposition: Voluntarily dismissed on March 13, 2003 (following Defendant's Motion to Dismiss).

## Case 8

Case: Ward v. Womble Carlyle Sandridge & Rice, PLLC, filed in North Carolina State Court on July 7, 2004.

Disposition: Dismissed on Summary Judgment on October 14, 2004.

## Case 9

Case: Ward v. WAVY Broadcasting, LLC., Case No. 740cl03000751, filed in Virginia State Court on March 20, 2003.

Disposition: Voluntarily dismissed to purge contempt entered by United States District Court for the Eastern District of Virginia (Ward released from jail after purging suit).

## Case 10

Case: Ward v. Peter Maloney, Plan Administrator 1:03cv1170 claiming breach of fiduciary duty filed in Rhode Island on September 10, 2003. Transferred to M.D.N.C.

Disposition: Dismissed on Defendant's Motion for Summary Judgment on May 17, 2005.

## Case 11

Case: Ward v. Keybank N.A., 1:03cv01124, filed in North Carolina State Court on November 26, 2003 (Pertaining to Ward's efforts to obtain financial records for other Plan participants). Removed to MDNC.

I-548001.1
06/14/2004

Disposition:   Dismissed on May 10, 2005 (following Defendant's Motion to Dismiss).

## Case 12

Case:   *Ward v. Wachovia Bank, NA*: filed in North Carolina State Court on March 8, 2004.

Disposition   Dismissed on May 25, 2004 (following Defendant's Motion to Dismiss).

Appeal   Voluntarily dismissed after Judge Osteen's June 14 Federal Court ruling.

## Case 13

Case:   *Ward v. Wachovia Bank, NA II*: Filed in North Carolina State Court on identical grounds on June 17, 2004.

Disposition   Dismissed on November 30, 2004 on Defendant's Motion to Dismiss.

Appeal   Decision Affirmed on October 10, 2005.

## Case 14

Case:   *Ward v. Peter Maloney, Plan Administrator* 1:05cv0424 claiming violation of ERISA (failure to timely produce plan documents) filed in Rhode Island on February 25, 2005. Transferred to M.D.N.C.

Disposition:   Dismissed on Defendant's Motion for Summary Judgment on August 23, 2005.