IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARK A. WARD,

    Plaintiff,

v.                                                  Civil Action File No.: 1:08CV00054

PETER E. MALONEY, Plan
Administrator,

and

JOHN T. McDONALD,

    Defendants.

## ORDER FOR PRE-FILING INJUNCTION

Plaintiff Mark A. Ward filed the present action on January 23, 2008. The Defendants moved to dismiss the Plaintiff's action on February 27, 2008. Currently before the Court is Defendants' Motion for entry of a Pre-Filing Injunction Order.

Upon consideration of the briefings and the arguments of the parties, including a review of Plaintiff's history of related litigation in this and other courts, the Court finds that all <u>Cromer</u> factors weigh in favor of the entry of an appropriately tailored Pre-Filing Injunction against Plaintiff.

WHEREFORE, this Court ORDERS that Plaintiff Mark A. Ward shall be enjoined from filing, without prior leave of this Court, any further lawsuit, motion, or related action in state or federal court against the following:

1. Defendant Peter E. Maloney, individually or as Plan Administrator;

2. Any successor to Mr. Maloney as Plan Administrator;

3. John T. McDonald;

4. LIN Television Corporation or any of its parent companies, subsidiaries, affiliates or successors in interest including, but not limited to WAVY-TV;

5. Any employee, officer, director, member, shareholder or agent (including legal counsel) of LIN or any of the other entities or individuals listed above;

6. Willcox and Savage, P.C. or any of its officers, directors, members, employees or agents;

7. Womble, Carlyle, Sandridge & Rice, P.L.L.C. or any of its officers, directors, members, shareholders, partners, employees or agents; or

8. Any other person, business, organization, or other entity (subject to the limitation below).

Plaintiff shall only be enjoined from filing actions against the parties listed above if such action arises from, or is related to (directly or indirectly), the present action, or any of Plaintiff's previous related litigation set forth in Exhibit 1 to Defendants' Motion for Pre-Filing Injunction.

ENTERED THIS ____ DAY OF _____, 2008.

_____
UNITED STATES DISTRICT COURT
JUDGE PRESIDING